IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                         Plaintiff,                    **4:20CR3045**

            vs.

SAMUEL IZAGUIRRE,                                      **ORDER**

                         Defendant.

IT IS ORDERED:

1)      The defendant's unopposed motion, (Filing No. 57), is granted.


2)      Paragraph "z" of the Conditions of Release order, (Filing No. 48), is modified as follows: Defendant may drive a vehicle to and from his employment. In all other respects, he is not permitted to drive.


Dated this 1st day of February, 2021.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge