IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAMUEL IZAGUIRRE,<br><br>　　　　　Defendant. | 4:20-CR-3045<br><br>ORDER |

　　　　This matter is before the Court on the defendant's objection (filing 55) to the Magistrate Judge's Findings, Recommendation, and Order (filing 39) recommending that the defendant's motion to suppress (filing 26), motion for hearing (filing 27), and supplemental motion for hearing (filing 30) be denied. The Court has conducted a de novo review of the motions pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Magistrate Judge's Findings and Recommendation (filing 39) are adopted.

　　　　2.　　The defendant's objection (filing 55) is overruled.

　　　　3.　　The defendant's motion to suppress (filing 26) is denied.

　　　　4.　　The defendant's motion for hearing (filing 27) is denied.

5. The defendant's supplemental motion for hearing (filing 30) is denied.

Dated this 24th day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge