IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SAMUEL IZAGUIRRE,<br><br>             Defendant. | **4:20CR3045**<br><br>**ORDER** |

After a review of the record, the court finds the above-named defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1)  The Federal Public Defender for the District of Nebraska is appointed, and Toni M. Leija-Wilson shall promptly enter an appearance as counsel for the above named defendant.

2)  The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

June 16, 2022.

BY THE COURT:

s/<u>Cheryl R. Zwart</u>
United States Magistrate Judge