IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3045 |
| vs. | ORDER |
| SAMUEL IZAGUIRRE, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 130) is granted.

2. The petition for offender under supervision (filing 114) is dismissed.

3. The January 27, 2023 hearing is cancelled.

Dated this 8th day of December, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge