IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL IZAGUIRRE, <br><br> Defendant. | 4:20CR3045 <br><br> **ORDER** |

IT IS ORDERED:

1) Defendant's unopposed motion for temporary release, (Filing No. 172), is granted.

2) Defendant shall be released at 8:00 a.m. on May 23, 2024 to attend his cousin's funeral and burial service and shall return to Marshal custody at 8:00 p.m. on May 23, 2024.

3) Defendant will be picked up from the jail by his mother, Rosario Martinez, who is providing the transportation for Defendant's temporary release from custody.

4) Defendant shall return to the Dawson County jail no later than 8:00 p.m. on May 23, 2024.

5) The clerk shall provide a copy of this order to the Marshal.

Dated this 22nd day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge